## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Order of the Commonwealth Court is **AFFIRMED**.

152 A.3d 982

Dana YOUNG, Appellant

v.

PA DEPARTMENT OF CORRECTIONS, Appellee

No. 27 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: December 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Order of the Commonwealth Court is **AFFIRMED**.

152 A.3d 983

GGNSC CLARION LP d/b/a "Golden Living Center—Clarion", GGNSC Warren Kinzua Valley LP d/b/a "Golden Living Center—Kinzua", GGNSC Wilkes-Barre II LP d/b/a "Golden Living Center—Summit", Harmarvillage Care Center LLC d/b/a Harmarvillage Care Center, Providence Care Center LLC d/b/a Providence Care Center, Mulberry Square Elder Care & Reha-

bilitation, LLC, Guardian Elder Care at Carlisle, LLC, Guardian Elder Care at Mountain Top I, LLC & Rehabilitation Center, Guardian Elder Care At Nanticoke LLC, Jefferson Hills Manor LLC, Brookline at Mifflintown, Inc., Reliant Audubon Holdings LLC, Reliant Evergreen Holdings LLC, Reliant Palmyra Holdings LLC, Reliant Silver Oaks Holdings LLC, Reliant Kade Holdings LLC, Reliant Coventry Holdings LLC, Reliant Overlook Holdings LLC, Reliant Briarcliff Holdings LLC, Pennsylvania Health Care Association

v.

Kathleen G. KANE, in her official capacity as Attorney General of The Commonwealth of Pennsylvania, and Cohen Milstein Sellers & Toll PLLC Appeal of: GGNSC Clarion LP d/b/a "Golden Living Center—Clarion", GGNSC Warren Kinzua Valley LP d/b/a "Golden Living Center—Kinzua", GGNSC Wilkes–Barre II LP d/b/a "Golden Living Center—Summit", Harmarvillage Care Center LLC d/b/a Harmarvillage Care Center, Providence Care Center LLC d/b/a Providence Care Center, Mulberry Square Elder Care & Rehabilitation, LLC, Guardian Elder Care at Carlisle, LLC, Guardian Elder Care at Mountain Top I, LLC & Rehabilitation Center, Guardian Elder Care at Nanticoke LLC, Jefferson Hills Manor LLC, Brookline at Mifflintown, Inc.

GGNSC Clarion LP d/b/a "Golden Living Center—Clarion", GGNSC Warren Kinzua Valley LP d/b/a "Golden Living Center—Kinzua", GGNSC Wilkes–Barre II LP d/b/a "Golden Living Center—Summit", Harmarvillage Care Center LLC d/b/a Harmarvillage Care Center, Providence Care Center LLC d/b/a Providence Care Center, Mulberry Square Elder Care & Rehabilitation, LLC, Guardian Elder Care at Carlisle, LLC, Guardian Elder Care at Mountain Top I, LLC & Rehabilitation Center, Guardian Elder Care at Nanticoke LLC, Jefferson Hills Manor LLC, Brookline at Mifflintown, Inc., Reliant Audubon Holdings LLC, Reliant Evergreen Holdings LLC, Reliant Palmyra Holdings LLC, Reliant Silver Oaks Holdings LLC, Reliant Kade Holdings LLC, Reliant Coventry Holdings LLC, Reli-

54

ant Overlook Holdings LLC, Reliant Briarcliff Holdings
LLC, Pennsylvania Health Care Association

v.

Kathleen G. Kane, in her official capacity as Attorney
General of The Commonwealth of Pennsylvania,
and Cohen Milstein Sellers & Toll PLLC

Appeal of: Pennsylvania Health Care Association

No. 6 MAP 2016
No. 7 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: December 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Order of
the Commonwealth Court is **AFFIRMED**.